Lilla H. GLENN and Chemical Bank & Trust Company, as Executors of the Last Will and Testament of Richard M. C. Glenn, Deceased, Appellants, v. Frank Collis BOWERS, etc., Appellee.

Lilla H. GLENN and Chemical Bank & Trust Co., as Executors of the Last Will and Testament of Richard M. C. Glenn, Deceased, Appellants, v. William H. EDWARDS, Collector of Internal Revenue for the Second District of New York, Appellee.

Nos. 409, 410.

Circuit Court of Appeals, Second Circuit.

May 29, 1933.

Delafield, Thorne, Burleigh & Marsh, of New York City (George H. Porter, of New York City, and Hiram Elfenbein, of Jersey City, N. J., of counsel), for appellant.

George Z. Medalie, U. S. Atty., of New York City (Walter H. Schulman, Asst. U. S. Atty., of New York City, of counsel), for appellees.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgments affirmed.

GREENLEAF TEXTILE CORPORATION, Plaintiff, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 389.

Circuit Court of Appeals, Second Circuit.

June 12, 1933.

Benjamin Mahler, of New York City, for plaintiff.

Sewall Key and Carlton Fox, Sp. Assts. to Atty. Gen. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and William E.

Davis, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for respondent.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decision affirmed.

In the Matter of Maurice GROSS, Trading as PARAMOUNT SALES CORPORATION, Bankrupt. August G. Klages, as Trustee, etc., Appellant.

No. 460.

Circuit Court of Appeals, Second Circuit.

June 8, 1933.

Isador Goetz, of New York City, for appellant.

Gordon & Young, of New York City, for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed in open court.

HALE COUNTY et al., Appellants, v. AMERICAN INDEMNITY COMPANY et al., Appellees.

No. 6691.

Circuit Court of Appeals, Fifth Circuit.

Aug. 14, 1933.

For former opinion, see 63 F.(2d) 275.

Before BRYAN, SIBLEY, and HUTCHESON, Circuit Judges.

PER CURIAM.

The petition for rehearing in the above numbered and entitled cause is denied.